Magistrate Judge Fricke

FILED ____ LODGED
____ RECEIVED

SEP 08 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MICHAEL JASON LAYES,<br>a/k/a MIKEY DIAMOND STARRETT,<br><br>Defendant. | NO. MJ21-5189TLF<br><br>GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves:

\_\_\_ Crime of violence (18 U.S.C. § 3156)

\_\_\_ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

\_\_\_ Crime with a maximum sentence of life imprisonment or death

\_\_\_ Drug offense with a maximum sentence of ten years or more

\_\_\_ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

Motion for Detention/Layes
MJ21-5189 - 1

UNITED STATES ATTORNEY'S OFFICE
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

\_\_\_ Felony offense involving a minor victim other than a crime of violence

_X_ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

\_\_\_ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

_X_ Serious risk the defendant will flee

_X_ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_ Defendant's appearance as required

_X_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

\_\_\_ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

\_\_\_ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

\_\_\_ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

\_\_\_ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

Motion for Detention/Layes
MJ21-5189 - 2

UNITED STATES ATTORNEY'S OFFICE
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

___ At the initial appearance

_X_ After continuance of 3 days (not more than 3)

DATED this 8th day of September, 2021.

                                           Respectfully submitted,

                                           TESSA M. GORMAN
                                           Acting United States Attorney

                                           */s/ Rebecca S. Cohen*
                                           REBECCA S. COHEN
                                           Assistant United States Attorney

Motion for Detention/Layes
MJ21-5189 - 3

UNITED STATES ATTORNEY'S OFFICE
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800